No. 10–5986. VARGAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consid-

956

eration or decision of this petition. 